UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANIE STAPLETON, et al.,

    Plaintiff,

v.    Case No: 8:17-cv-1540-T-30AEP

TAMPA BAY SURGERY CENTER, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court sua sponte. An Order was entered on August 30, 2017, (Dkt. 15) which dismissed Plaintiffs' First Amended Class Action Complaint and provided the Plaintiffs thirty (30) days in which to file an amended complaint that alleges an injury. Failure to file an amended complaint within thirty (30) days would result in this case being closed without further notice. The deadline for filing an amended complaint has passed. Accordingly it is:

**ORDERED AND ADJUDGED** as follows:

1. The Clerk is directed to close this case.

2. Any pending motions are denied as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of December, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record